UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

**In Re: Annie M. Taylor**  Bankruptcy No. 21-11295
Chapter 7
Debtors.

**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION
RE: HOMESTEAD**

The Trustee, Parrish J. Jones, objects to debtor's Schedule C as it relates to the (1) statutory exemption and (2) value of real property described below. The procedural background grounds for the objection are as follows:

1. This bankruptcy was filed June 16, 2021 along with Schedules A, B, C and a Statement of Financial Affairs.  Dkt. No. 1.

2. The 341 hearing was held on August 5, 2021 and resulted in a meeting held and concluded report filed on August 5, 2021.

3. The Debtor lists real property to Schedule A/B as 6684 County Road F, Lake Nebagamon, Wisconsin 54849 in the amount of $123,700.00 with owned portion in the amount of $123,700.00.

4. At the 341 hearing, the following colloquy transpired between the Trustee and Debtor:

| | |
|---|---|
| Trustee: | I see the tax assessor thinks the property with the house on it is worth $174,700.00 and the adjoining lot is worth $17,900.00. Do you disagree with what the tax assessor thinks the property is worth? |
| Debtor: | No. |
| Trustee: | Have you had an appraisal done on the property recently? |
| Debtor: | No. |
| Trustee: | Have you had a market analysis done on the property recently? |
| Debtor: | No. |

\*\*\*

| | |
|---|---|
| Trustee: | Describe the property for me; it's a house, does it have a garage that's attached, detached, how big is the garage? |
| Debtor: | Detached, four car garage, nothing fancy. |

\*\*\*

| | |
|---|---|
| Trustee: | What kind of shape is the house in? |
| Debtor: | Livable. I mean nothing fancy. Needs some repairs. |

\*\*\*

| | |
|---|---|
| Trustee: | How do you know you owe $14,309.00? |
| Debtor: | We checked with the City of Superior. |

\*\*\*

| | |
|---|---|
| Trustee: | You're also saying you owe Douglas County Rural Housing $5,625.00. Do they have a mortgage against your property? |
| Debtor: | Yeah […] |

\*\*\*

| | |
|---|---|
| Trustee: | Do you have any other mortgages or liens that are against your property? |
| Debtor: | No. |

5. The Debtor lists exemptions on Schedule C as Wis. Stat. §815.20 in the amount of $75,000.00 and Wis. Stat. §§ 425.106 (c) and 421.301 in the amount of $28,766.00.

6. Wis. Stat. § 425.106 (c), only applies if the fair market value, *less* the mortgages and liens is less than $15,000.00. In this instance, whether you accept the Debtor's value or the assessor's value, the house is worth much more than $15,000.00.

7. Furthermore, the Trustee asserts you cannot stack Wisconsin's $75,000.00 homestead exemption and the consumer exemption under Wis. Stat. § 425.106 (c).

8. Wis. Stat. §421.301, is not an exemption, but cross referenced with chapter 425.

9. The following is a breakdown of the estimated net value of the property available to the bankruptcy estate:

| Asset | Value/debt |
|---|---|
| 6684 S. County Rd F | $174,700.00 |
| Vacant | $17,900.00 |
| | |
| Creditor | |
| City of Superior | -$14,309.00 |
| Douglas County | -$5,625.00 |
| | |
| Exemption | |
| Wis. Stat. 815.20 | -$75,000.00 |
| | |
| Net Total | $97,666.00 |

10. In sum, the Trustee objects to the Debtor's asserted value of the property and the consumer exemption.

Dated this 12th day of August 2021.

TORVINEN, JONES, ROUTH & SAUNDERS, S.C.

*/s/ Parrish J. Jones*

———————————————————————

Parrish J. Jones
State Bar Nos. WI 1056911, MN 0386384
823 Belknap Street, Suite 222
Superior, WI 54880
Telephone: 715-394-7751
Facsimile: 715-395-0923
Email: pjones@superiorlawoffices.com